UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. JOHNSON, | Case No. 18-cv-06115-JST |
| Plaintiff, | |
| v. | **ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | Re: ECF No. 5 |
| Defendants. | |

Plaintiff Robert Johnson brings claims against various entities to failing to adequately respond when he complained to them of hearing voices and suffering other unseen attacks. ECF Nos. 1, 5.

The Court dismissed Johnson's original complaint under 28 U.S.C. 1915(e)(2)(B) because it failed to state any legally cognizable claim. ECF No. 4. The Court noted that "Plaintiff may file an amended complaint not later than thirty days from the date of this order which corrects the deficiencies addressed in this order. Failure to do so, or failure to otherwise comply with this order, will result in dismissal with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which means that Plaintiff will not be allowed to pursue this claim any further." *Id.*

Before the Court is Plaintiff's timely filed amended complaint. ECF No. 5. This complaint fails to correct the deficiencies identified in the Court's previous order and fails to state a claim on which relief may be granted.

/ / /

/ / /

/ / /

/ / /

Accordingly, the Court will again dismiss the complaint.  Because further leave to amend would be futile, *see Chaset v. Fleer/Skybox Int'l, LP*, 300 F.3d 1083, 1088 (9th Cir. 2002), the matter is hereby DISMISSED WITH PREJUDICE.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated:  November 27, 2018

JON S. TIGAR
United States District Judge